| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant:  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N | **Order Filed on September 20, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |

| | | |
|---|---|---|
| In Re:<br><br>　　Maha Adileh<br><br>　　&<br><br>　　Suleiman Adileh,<br><br>Debtors. | Case No.:<br>Chapter:<br>Hearing Date:<br>Judge: | 15-23935 SLM<br>13<br>N/A<br>Stacey L. Meisel |

**ORDER APPROVING LOAN MODIFICATION**

　The relief set forth on the following pages, numbered two (2) through two (2) is hereby ordered **ORDERED**.

**DATED: September 20, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 3
Debtors: Maha Adileh & Suleiman Adileh
Case No.: 15-23935-SLM
Caption: **ORDER APPROVING LOAN MODIFICATION**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N, holder of a mortgage on real property located at 424 John Street, Saddle Brook, NJ 07663, upon a Motion to Approve Loan Modification Agreement, and for cause shown, it is

1. **ORDERED, ADJUDGED and DECREED** that the Loan Modification attached to the Motion to Approve Loan Modification as Exhibit "A," Docket # 72-1 is hereby approved; and

2. **IT IS FURTHER ORDERED, ADJUDGED and DECREED** that in the event loan modification is completed and the pre-petition arrears are capitalized into the loan, Secured Creditor shall withdraw the claim or amend the arrearage portion of its proof of claim to the amount paid by the Trustee to date within thirty (30) days of completion of the loan modification; and

3. **IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Chapter 13 Trustee shall suspend disbursements to Secured Creditor pending completion of the loan modification and all money that would otherwise be paid to the Secured Creditor be held until the claim is withdrawn or amended or the Trustee is notified by secured creditor that the modification was not consummated; and

4. **IT IS FURTHER ORDERED, ADJUDGED and DECREED** that in the event the modification is not consummated, the Secured Creditor shall notify the Trustee and Debtors' attorney of same. Any money that was held by the Trustee pending the completion of the modification shall be paid to the Secured Creditor; and

5. **IT IS FURTHER ORDERED, ADJUDGED and DECREED** that in the event the Proof of Claim is withdrawn or amended, the Trustee may disburse the funds being held pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and

6. **IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Debtor shall file a Modified Chapter 13 Plan and Amended Schedule J within twenty (20) days of the date of this Order; and

7. **IT IS FURTHER ORDERED, ADJUDGED and DECREED** that any Orders adding post-petition mortgage arrears and/or creditor's attorney fees into the Chapter 13 Plan will be amended within thirty (30) days after completion of the loan modification to reflect any amounts capitalized into the loan.

United States Bankruptcy Court<br>District of New Jersey

```
In re:                                                            Case No. 15-23935-SLM
Suleiman Adileh                                                   Chapter 13
Maha Adileh
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1        Date Rcvd: Sep 21, 2017
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db/jdb         +Suleiman Adileh,    Maha Adileh,    424 John Street,    Saddle Brook, NJ 07663-5243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN
               XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              David   Fornal    on behalf of Creditor    JPMorgan Chase Bank, N.A. dfornal@maselliwarren.com
              David L. Stevens    on behalf of Debtor Suleiman  Adileh dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Joint Debtor Maha  Adileh dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN
               XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank,
               National Association, as Trustee for the certificateholders of the LXS 2006-12N Trust Fund
               nj_ecf_notices@buckleymadole.com
              Francesca Ann Arcure    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC
               nj_ecf_notices@buckleymadole.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank,
               National Association, as Trustee for the certificateholders of the LXS 2006-12N Trust Fund
               nj_ecf_notices@buckleymadole.com
              Justin   Plean    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS
               TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 12