Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−23935−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Suleiman Adileh                                    Maha Adileh
  424 John Street                                    424 John Street
  Saddle Brook, NJ 07663                             Saddle Brook, NJ 07663

Social Security No.:
  xxx−xx−5197                                        xxx−xx−7274

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 12, 2016.

On 11/11/17 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:               December 13, 2017
Time:               09:00 AM
Location:           Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 15, 2017
JAN: lc

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-23935-SLM
Suleiman Adileh                                                     Chapter 13
Maha Adileh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Nov 15, 2017
                              Form ID: 185             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
```
db/jdb        +Suleiman Adileh,    Maha Adileh,    424 John Street,    Saddle Brook, NJ 07663-5243
cr            +Bryan Fairman,    ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                San Diego, CA 92177-7921
cr            +JPMorgan Chase Bank, N.A.,    c/o Maselli Warren, PC,    600 Alexander Road,    Suite 3-4A,
                Princeton, NJ 08540-6018
cr            +NATIONSTAR MORTGAGE, LLC,    P. O. Box 9013,    Addison, TX 75001-9013
cr            +Nationstar Mortgage LLC as servicer for U.S. Bank,,    C/O Buckley Madole, P.C.,
                99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr            +Nationstar Mortgage LLC, as servicer for U.S. Bank,    P. O. Box 9013,    Addison, TX 75001-9013
515640632      214-68th Street, LLC,    424 John Street,    Saddlebrook, NJ 07663-5243
515640634     +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
515640635     +Chase,    Commercial Term Lending,    PO Box 650528,    Dallas, TX 75265-0528
515640636      Chryslr Fin,    27777 Franklin Rd,    Farmington Hills, MI  48334
515640638     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515640639     +Eastern Revenue Inc,    Po Box 185,    Southeastern, PA 19399-0185
515640640     +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
515640642     +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Ste. 100,    Mt. Laurel, NJ 08054-2239
515640643    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX   75067)
515640644      New Jersey Attorney General Office,    Richard J. Hughes Justice Complex,
                25 Market Street, PO Box 112,    Trenton, NJ  08625-0112
515640645     +New Jersey Division of Taxation,    50 Barrack Street 9th Floor,    P.O. Box 245,
                Trenton, NJ 08602-0245
515640646     +North Bergen MUA,    6200 Tonnelle Ave.,    North Bergen, NJ 07047-3312
515644472     +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
515640647     +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
515743794    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:   State of New Jersey,    Division of Taxation,    P.O. Box 245,
                Trenton, NJ 08695-0245)
515784345     +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                Dallas TX 75261-9096
515815308      U.S. Deparment of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                Harrisburg,PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2017 23:09:39      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2017 23:09:37      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515640633     +E-mail/Text: bky@americanprofit.net Nov 15 2017 23:09:54      American Profit Recove,
                34405 W 12 Mile Rd Ste 3,    Farmington Hills, MI 48331-5608
515650603      E-mail/Text: mrdiscen@discover.com Nov 15 2017 23:08:51      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515640637     +E-mail/Text: mrdiscen@discover.com Nov 15 2017 23:08:51      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
515640641      E-mail/Text: cio.bncmail@irs.gov Nov 15 2017 23:09:13      Internal Revenue Service,
                PO Box 7346,    Centralized Insolvency Unit,    Philadelphia, PA  19101-7346
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 15, 2017
                              Form ID: 185             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2017 at the address(es) listed below:

```
          Brian C. Nicholas    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN
           XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Charles G. Wohlrab    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          David   Fornal    on behalf of Creditor    JPMorgan Chase Bank, N.A. dfornal@maselliwarren.com
          David L. Stevens    on behalf of Joint Debtor Maha   Adileh dstevens@scurameley.com,
           cbalala@scurameley.com;ecfbkfilings@scurameley.com;dsklar@scurameley.com;ascolavino@scurameale
           y.com;dmedina@scura.com
          David L. Stevens    on behalf of Debtor Suleiman   Adileh dstevens@scurameley.com,
           cbalala@scurameley.com;ecfbkfilings@scurameley.com;dsklar@scurameley.com;ascolavino@scurameale
           y.com;dmedina@scura.com
          Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN
           XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC
           nj_ecf_notices@buckleymadole.com
          Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank,
           National Association, as Trustee for the certificateholders of the LXS 2006-12N Trust Fund
           nj_ecf_notices@buckleymadole.com
          Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank,
           National Association, as Trustee for the certificateholders of the LXS 2006-12N Trust Fund
           nj_ecf_notices@buckleymadole.com
          Justin   Plean    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS
           TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 12
```