UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

IN RE:
  SULEIMAN ADILEH
  MAHA ADILEH

Order Filed on December 18, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:  15-23935 SLM

Hearing Date:  12/13/2017

Judge:  STACEY L. MEISEL

**Debtor is Entitled To Discharge**

## ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: December 18, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 15-23935 SLM

Caption of Order:    ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with ; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 11/11/2017, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 8/1/2015, the Debtor shall pay the Standing Trustee

    the sum of $10,720.00 paid into date over 27 month(s), and then

    the sum of $407.50 for a period of 33 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, Any additional attorney fees in excess of  $1,000.00 will require an increase in plan payments; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 15-23935-SLM
Suleiman Adileh                                                                                 Chapter 13
Maha Adileh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Dec 18, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2017.
db/jdb         +Suleiman Adileh,    Maha Adileh,    424 John Street,    Saddle Brook, NJ 07663-5243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN
               XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              David  Fornal    on behalf of Creditor   JPMorgan Chase Bank, N.A. dfornal@maselliwarren.com
              David L. Stevens    on behalf of Debtor Suleiman  Adileh dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com;dmedina@scura.com
              David L. Stevens    on behalf of Joint Debtor Maha  Adileh dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com;dmedina@scura.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN
               XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for U.S. Bank,
               National Association, as Trustee for the certificateholders of the LXS 2006-12N Trust Fund
               nj_ecf_notices@buckleymadole.com,    NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC
               nj_ecf_notices@buckleymadole.com,    NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank,
               National Association, as Trustee for the certificateholders of the LXS 2006-12N Trust Fund
               nj_ecf_notices@buckleymadole.com,    NJ_ECF_Notices@McCalla.com
              Justin  Plean    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS
               TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 12