

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

Order Filed on January 16,
2018 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

IN RE:

   SULEIMAN ADILEH
   MAHA ADILEH

Case No.:  **15-23935**

Judge:  **STACEY L. MEISEL**

## ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: January 16, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  SULEIMAN ADILEH
MAHA ADILEH

Case No.:  15-23935SLM

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of NATIONSTAR MORTGAGE LLC, Court Claim Number 6, be reduced

to  amount of $0 , the amount paid to date through the plan by the Standing Trustee.