UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Fax: (973) 696-8571
Attorneys for Debtor
David L. Stevens, Esq.
dstevens@scura.com

Order Filed on August 19, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Suleiman Adileh &
Maha Adileh,

Debtors.

Case No.: 15-23935-SLM

Chapter: 13

Judge: Stacey L Meisel

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 19, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $  570.00  for services rendered and expenses in the amount of $  18.08  for a total of $  588.08 . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $  n/a  per month for  n/a  months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Suleiman Adileh  
Maha Adileh  
    Debtors

Case No. 15-23935-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 19, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2020.  
db/jdb    +Suleiman Adileh,   Maha Adileh,   424 John Street,   Saddle Brook, NJ 07663-5243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2020 at the address(es) listed below:

        Brian C. Nicholas   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        David Fornal   on behalf of Creditor   JPMorgan Chase Bank, N.A. dfornal@maselliwarren.com  
        David L. Stevens   on behalf of Debtor Suleiman Adileh dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com  
        David L. Stevens   on behalf of Joint Debtor Maha Adileh dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com  
        Denise E. Carlon   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Elizabeth L. Wassall   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N ewassall@logs.com, njbankruptcynotifications@logs.com  
        Francesca Ann Arcure   on behalf of Creditor   Nationstar Mortgage LLC, as servicer for U.S. Bank, National Association, as Trustee for the certificateholders of the LXS 2006-12N Trust Fund NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
        Francesca Ann Arcure   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
        Francesca Ann Arcure   on behalf of Creditor   Nationstar Mortgage LLC as servicer for U.S. Bank, National Association, as Trustee for the certificateholders of the LXS 2006-12N Trust Fund NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
        Justin Plean   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Sindi Mncina   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N smncina@rascrane.com  
        William M.E. Powers   on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com  
                                TOTAL: 13