**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

SULEIMAN ADILEH
MAHA ADILEH

Order Filed on October 15, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  15-23935 SLM

Hearing Date:  10/14/2020

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 15, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): SULEIMAN ADILEH
          MAHA ADILEH

Case No.: 15-23935

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/14/2020 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must payoff case within 7 days or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney .

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 15-23935-SLM
Suleiman Adileh                                                                            Chapter 13
Maha Adileh
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                          Page 1 of 2
Date Rcvd: Oct 15, 2020        Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

**Recip ID        Recipient Name and Address**
db/jdb            + Suleiman Adileh, Maha Adileh, 424 John Street, Saddle Brook, NJ 07663-5243

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID     Bypass Reason    Name and Address**
jdb            *+               Maha Adileh, 424 John Street, Saddle Brook, NJ 07663-5243

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2020              Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:

**Name**              **Email Address**
Brian C. Nicholas
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

David Fornal
    on behalf of Creditor JPMorgan Chase Bank N.A. dfornal@maselliwarren.com

David L. Stevens
    on behalf of Debtor Suleiman Adileh dstevens@scura.com
    ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

Case 15-23935-SLM    Doc 102    Filed 10/17/20    Entered 10/18/20 00:34:06    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 15, 2020 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| David L. Stevens | on behalf of Joint Debtor Maha Adileh dstevens@scura.com ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N ewassall@logs.com, njbankruptcynotifications@logs.com |
| Francesca Ann Arcure | on behalf of Creditor Nationstar Mortgage LLC  as servicer for U.S. Bank, National Association, as Trustee for the certificateholders of the LXS 2006-12N Trust Fund NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | on behalf of Creditor NATIONSTAR MORTGAGE  LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank  National Association, as Trustee for the certificateholders of the LXS 2006-12N Trust Fund NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Justin Plean | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N smncina@rascrane.com |
| William M.E. Powers | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |

TOTAL: 13