**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Suleiman Adileh** | Social Security number or ITIN  xxx–xx–5197 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Maha Adileh** | Social Security number or ITIN  xxx–xx–7274 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:  **15–23935–SLM**

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Suleiman Adileh

Maha Adileh

<u>12/10/20</u>

**By the court:** <u>Stacey L. Meisel</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ◆ debts that are domestic support obligations;

- ◆ debts for most student loans;

- ◆ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:

Suleiman Adileh

Maha Adileh

    Debtor(s)

Case No. 15-23935-SLM

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: 3180W | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Suleiman Adileh, Maha Adileh, 424 John Street, Saddle Brook, NJ 07663-5243 |
| cr | + | Bryan Fairman, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | JPMorgan Chase Bank, N.A., c/o Maselli Warren, PC, 600 Alexander Road, Suite 3-4A, Princeton, NJ 08540-6018 |
| cr | + | NATIONSTAR MORTGAGE, LLC, P. O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Nationstar Mortgage LLC as servicer for U.S. Bank,, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | Nationstar Mortgage LLC, as servicer for U.S. Bank, P. O. Box 9013, Addison, TX 75001-9013 |
| 515640632 | | 214-68th Street, LLC, 424 John Street, Saddlebrook, NJ 07663-5243 |
| 515640634 | + | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206 |
| 515640640 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 515640642 | + | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Ste. 100, Mt. Laurel, NJ 08054-2239 |
| 515640643 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage Ll, 350 Highland Dr, Lewisville, TX 75067 |
| 515640644 | | New Jersey Attorney General Office, Richard J. Hughes Justice Complex, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 515640645 | + | New Jersey Division of Taxation, 50 Barrack Street 9th Floor, P.O. Box 245, Trenton, NJ 08602-0245 |
| 515640646 | + | North Bergen MUA, 6200 Tonnelle Ave., North Bergen, NJ 07047-3312 |
| 515743794 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518543401 | + | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 515784345 | + | U.S. Bank National Association, Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9096 |
| 515815308 | | U.S. Deparment of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg,PA 17106-9184 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2020 22:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2020 22:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515640633 | + | Email/Text: bky@americanprofit.net | Dec 10 2020 22:24:00 | American Profit Recove, 34405 W 12 Mile Rd Ste 3, Farmington Hills, MI 48331-5608 |
| 515640636 | | EDI: LCITDAUTO | Dec 11 2020 02:03:00 | Chryslr Fin, 27777 Franklin Rd, Farmington Hills, MI 48334 |
| 515640638 | | EDI: CITICORP.COM | Dec 11 2020 02:03:00 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 515650603 | | EDI: DISCOVER.COM | Dec 11 2020 02:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515640637 | + | EDI: DISCOVER.COM | | |

District/off: 0312-2            User: admin            Page 2 of 3

Date Rcvd: Dec 10, 2020            Form ID: 3180W            Total Noticed: 29

| | | Dec 11 2020 02:03:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
|---|---|---|---|
| 515640641 | EDI: IRS.COM | | |
| | | Dec 11 2020 02:03:00 | Internal Revenue Service, PO Box 7346, Centralized Insolvency Unit, Philadelphia, PA 19101-7346 |
| 515640635 | EDI: JPMORGANCHASE | | |
| | | Dec 11 2020 02:03:00 | Chase, Commercial Term Lending, PO Box 650528, Dallas, TX 75265 |
| 515644472 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 10 2020 22:22:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 515640647 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 10 2020 22:22:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518543402 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 515640639 | ##+ | Eastern Revenue Inc, Po Box 185, Southeastern, PA 19399-0185 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020            Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| David Fornal | on behalf of Creditor JPMorgan Chase Bank  N.A. dfornal@maselliwarren.com |
| David L. Stevens | on behalf of Joint Debtor Maha Adileh dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| David L. Stevens | on behalf of Debtor Suleiman Adileh dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 10, 2020 | Form ID: 3180W | Total Noticed: 29

Elizabeth L. Wassall
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2006-12N ewassall@logs.com, njbankruptcynotifications@logs.com

Francesca Ann Arcure
on behalf of Creditor NATIONSTAR MORTGAGE  LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

Francesca Ann Arcure
on behalf of Creditor Nationstar Mortgage LLC as servicer for U.S. Bank  National Association, as Trustee for the
certificateholders of the LXS 2006-12N Trust Fund NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

Francesca Ann Arcure
on behalf of Creditor Nationstar Mortgage LLC  as servicer for U.S. Bank, National Association, as Trustee for the
certificateholders of the LXS 2006-12N Trust Fund NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

Justin Plean
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2006-12N bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com

Marie-Ann Greenberg
magecf@magtrustee.com

Sindi Mncina
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2006-12N smncina@rascrane.com

William M.E. Powers
on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com


TOTAL: 13